$200,000 PRB. CO-SIGNED BY 2 FINANCIALLY RESPONSIBLE PERSON'S. TRAVEL RESTRICTED TO SDNY, EDNY. SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). DEFT TO BE RELEASED ON 1/7/08.

Case 1:07-cr-01125-GBD   Document 22   Filed 01/07/2008   Page 1 of 1

AO 98   (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

UNITED STATES OF AMERICA
V.

FEDERICO SEMENTINI

**APPEARANCE BOND**

Defendant

Case Number:   07 CR. 1125 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____200,000_____ , and there has been deposited in the Registry of the Court the sum of
$ __XXXXXXXXXXXXXXXXXXXXXX__ in cash or __XXXXXXXXXXXXXXXXXXXXXXX__ (describe other security).

The conditions of this bond are that the defendant   _____FEDERICO SEMENTINI_____
                                                              Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on     JAN. 7, 2008     at     500 Pearl Street, New York, New York, 10007
                              Date                                Place

Defendant  _____
           FEDERICO SEMENTINI
Surety     _____
           MARIA SEMENTINI
Surety     _____
           MATILDA FRATTO

Signed and acknowledged before me on    January 7, 2008
                                          Date

_____
Signature of Judge/Clerk

Bond Approved: _____
               AUSA: ARLO DEVLIN-BROWN