AUSA Arlo Devlin-Brown
212.637.2506

**ORIGINAL**

CR 12 (Rev. 6/82)

## WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARMEN CICALESE, et al. | DOCKET NO. **07 CRIM 1125** MAGISTRATE'S CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FEDERICO SEMENTINI<br>A/K/A "MACE" |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

| DESCRIPTION OF CHARGES |
|---|
| conspiracy, gambling, money laundering |

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1955, 1956 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>_JUDGE_ | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>12/11/07 |
| CLERK OF COURT<br>YORK | (BY) DEPUTY CLERK | DATE ISSUED |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named person. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Chris Bryceland<br>Special Agent FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.