UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FREDERICO SEMENTINI, et al.,

Defendants.

ORDER
07 CR 01125 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Sementini is charged with gambling and money laundering conspiracies and being part of an illegal gambling business, namely a business that facilitated and engaged in sports bookmaking. By letter dated January 18, 2008, he requests that this Court modify his bail conditions to allow him to travel to Las Vegas from January 31, 2008, through February 4, 2008.

Defendant Sementini's request is denied.

Dated: January 24, 2008
New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge