# JAKE LASALA

ATTORNEY AT LAW

125-10 QUEENS BOULEVARD SUITE 320
KEW GARDENS, NEW YORK 11415
TELEPHONE 1-(718) 261-7695
FACSIMILE 1-(718) 261-3482

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

July 18, 2008

*Sent by fax (212) 805-6737*

Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel P. Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**
The sentencing is adjourned to September 16, 2008 at 10:00 a.m.

*George B. Daniels*
**HON. GEORGE B. DANIELS**

Re:   United States vs. Federico Sementini
      Docket No.: 07-CR-1125-08 (GBD)

Dear Judge Daniels:

I am writing this letter to request an adjournment of the above matter presently scheduled for sentencing before your Court on Thursday, July 24, 2008 at 10:30 a.m.

I spoke to AUSA Arlo Devlin-Brown and advised him that Anthony Como has been elected City Councilman and that I will be sentencing Mr. Sementini on his behalf. Mr. Devlin-Brown has consented to an adjournment, so that I may review the file and prepare a Memo on my client's behalf. If convenient to the Court good dates are August 13th, 18th, 20th or 26th, September 10th, 16th or 25th, 2008.

Permit me to respectfully thank you for your consideration in this matter.

If you have any questions, please feel free to call my office.

Very truly yours,

JAKE LASALA

JL/sc

cc: AUSA Arlo Devlin-Brown - by fax (212) 637-0097
    US Probation Officer - Kisha C. Singleton - by fax (212) 805-0047